UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK,

                Plaintiff(s),        Case No. 08-14210

v.                                          Hon. Avern Cohn

DEVONSHIRE PLAZA, LLC, et al,

                Defendant(s).
_____/

### ORDER GRANTING MOTION FOR APPROVAL OF ATTORNEY FEES

Before the Court is the plaintiff's Motion for Approval of Attorney Fees. A response has not been filed. The Court being fully advised in the premises,

IT IS ORDERED that the motion is GRANTED.

SO ORDERED.


Dated: November 3, 2009          s/Avern Cohn
                                               AVERN COHN
                                               UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 3, 2009, by electronic and/or ordinary mail.

                                                           s/Julie Owens
                                                         Case Manager, (313) 234-5160